# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** David P Leibowitz, Chapter 7 Trustee of the estate of Dorothy Jean Black

County of Residence:

Plaintiff's Atty: David P Leibowitz
Leibowitz Law Center
420 Clayton St Waukegan IL

**Defendant(s):** Barnes Auto Group Inc and Turner Acceptance Corporation

County of Residence:

Defendant's Atty:

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 422

**VI. Cause of Action:** Proposed findings of fact and conclusions of law in accordance with Federal Rule of Bankruptcy Procedure 9033

**VII. Requested in Complaint**
Class Action:
Dollar Demand:
Jury Demand:

FILED
JUL 1 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CV4062**
**JUDGE DOW**
**MAG. JUDGE NOLAN**

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: Dorothy Carroll

Date: 7/17/2008

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.** Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm        7/17/2008